IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| PNC Bank, National Association, Successor In Interest Via Merger To National City Bank, Successor In Interest Via Merger To MidAmerica Bank, FSB, Successor In Interest Via Merger To Mid Town Bank and Trust Company of Chicago<br><br>                                  Plaintiff,<br><br>                                 v.<br><br>Richard Stary; North Star Trust Company, Successor Trustee To Mid Town Bank And Trust Company of Chicago, As Trustee Under A Trust Agreement Dated September 21, 1998 and Known As Trust Number 2209; Pacific Global Bank,<br><br>                                Defendants. | Case No. 13 cv 959<br><br>Assigned Judge: Ruben Castillo<br><br>Magistrate Judge: Jeffrey Cole |

## MOTION FOR JUDGMENT OF FORECLOSURE AND SALE

NOW COMES the Plaintiff, PNC Bank, National Association, Successor In Interest Via Merger To National City Bank, Successor In Interest Via Merger To MidAmerica Bank, FSB, Successor In Interest Via Merger To Mid Town Bank and Trust Company of Chicago, by its attorneys Crowley & Lamb, P.C., and moves the Court for the entry of a Judgment of Foreclosure and Sale in its favor and against the Defendant(s):

    Richard Stary

    North Star Trust Company, Successor Trustee To Mid Town Bank And Trust Company of Chicago, As Trustee Under A Trust Agreement Dated September 21, 1998 and Known As Trust Number 2209

    Pacific Global Bank By Virtue Of A Mortgage And Assignment Of Rents Dated October 5, 2007, And Recorded October 11, 2007, As Document Numbers 0728405187 And 0728405188, Respectively.

and as grounds thereof state:

As appears from the Affidavit of Plaintiff placed on file in support of this Motion attached hereto as Exhibit "1", and from the pleadings and admissions on file, there is no genuine issue as to any material fact, and the Plaintiff is entitled to a Judgment of Foreclosure and Sale in this case as a matter of law.

                                              PNC Bank, National Association

                                              By: /s/Francis J. Pendergast, III
                                                         One of Its Attorneys

Patrick D. Lamb (ARDC #3128062)
Francis J. Pendergast, III (ARDC#3127593)
CROWLEY & LAMB, P.C.
221 N. LaSalle Street, Suite 1550
Chicago, Illinois 60601
(312) 670-6900
plamb@crowleylamb.com
fpendergast@crowleylamb.com